# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| CELESTE ALEXANDER, <br><br> Plaintiff, <br><br> v. <br><br> PINE BLUFF SCHOOL DISTRICT NO. 3, JEFFERSON COUNTY, PINE BLUFF, ARKANSAS AND MICHAEL NELLUMS, INDIVIDUALLY <br><br> Defendants. | Civil Action No. <br><br> 5:16-cv-00300-BSM <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff Celeste Alexander, by and through undersigned counsel, and hereby notifies the Court that the Parties have reached a settlement of this action and their claims brought herein.  As a condition to the settlement, Parties have agreed that Plaintiffs attorneys fees and costs will be determined by the Court under the prevailing party standard. As such, Parties request that this matter be removed from the trial docket of April 2, 2018, to allow the Parties to finalize the Settlement Agreement and for briefing to be filed regarding Plaintiffs attorneys fees and costs.

Respectfully submitted this 23rd day of March, 2018.

**BARRETT & FARAHANY**

<u>s/TK Smith</u>
Tequiero M. "TK" Smith
Georgia Bar No.: 199325

1100 Peachtree Street, N.E.. Suite 500
Atlanta, GA 30309
(404) 214-0120
(404) 214-0125 Facsimile
tksmith@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| CELESTE ALEXANDER,<br><br>  Plaintiff,<br><br>v.<br><br>PINE BLUFF SCHOOL DISTRICT NO. 3, JEFFERSON COUNTY, PINE BLUFF, ARKANSAS AND MICHAEL NELLUMS, INDIVIDUALLY<br><br>  Defendants. | Civil Action No.<br><br>5:16-cv-00300-BSM<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

      George J. Bequette, Jr.
      William C. Kees
      425 West Capitol Avenue, Suite 3200
      Little Rock, AR 72201-3469
      jbequette@bbpalaw.com
      ckees@bbpalaw,com

      Khayyam Eddings
      Allison C. Pearson
      FRIDAY, ELDREDGE & CLARK
      400 West Capitol, Suite 2100
      Little Rock, Arkansas 72201 3493

...

...

keddings@fridayfirm.com

Respectfully submitted this 23rd day of March, 2018.

**BARRETT & FARAHANY**

/s/ TK Smith_____
Tequiero M. "TK" Smith
Arkansas Bar No. 2015259
Olly Neal
Arkansas Bar No. 79222
Amanda A. Farahany
Georgia Bar No. 646135
*Attorneys for Plaintiff Celeste Alexander*

1100 Peachtree Street, NE, Ste. 500
Atlanta, GA 30309
(404) 214-0120
tksmith@justiceatwork.com
Amanda@justiceatwork.com
404-214-0120

2000 S Gaines Street
Little Rock, AR 72206-1362
501.551.1387
ollyneal@gmail.com

4