IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| CELESTE ALEXANDER,<br><br>   Plaintiff,<br><br>v.<br><br>PINE BLUFF SCHOOL DISTRICT NO. 3, JEFFERSON COUNTY, PINE BLUFF, ARKANSAS AND MICHAEL NELLUMS, INDIVIDUALLY<br><br>   Defendants. | Civil Action No.<br><br>5:16-cv-00300-BSM |

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

Plaintiff Celeste Alexander submits this Acknowledgment of Satisfaction of Judgment to the Court.  The judgment in this matter has been paid in full as to all Defendants.

Respectfully submitted this 13th day of October, 2018.

                                                 /s/ TK Smith
                                               Tequiero M. "TK" Smith
                                               Arkansas Bar No. 2015259
                                               *Attorney for Plaintiff Celeste Alexander*

880 Marietta Hwy, #630318
Roswell, GA 30075
tksmith@tksmithlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| CELESTE ALEXANDER,<br><br>  Plaintiff,<br><br>v.<br><br>PINE BLUFF SCHOOL DISTRICT NO. 3, JEFFERSON COUNTY, PINE BLUFF, ARKANSAS AND MICHAEL NELLUMS, INDIVIDUALLY<br><br>  Defendants. | Civil Action No.<br><br>5:16-cv-00300-BSM |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Acknowledgment of Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

    George J. Bequette, Jr.
    William C. Kees
    425 West Capitol Avenue, Suite 3200
    Little Rock, AR 72201-3469
    jbequette@bbpalaw.com
    ckees@bbpalaw,com

    Khayyam Eddings
    FRIDAY, ELDREDGE & CLARK
    400 West Capitol, Suite 2100
    Little Rock, Arkansas 72201 3493
    keddings@fridayfirm.com

Respectfully submitted this 13th day of October, 2018.

/s/ TK Smith
Tequiero M. "TK" Smith
Arkansas Bar No. 2015259
*Attorney for Plaintiff Celeste Alexander*

880 Marietta Hwy, #630318
Roswell, GA 30075
tksmith@tksmithlaw.com