IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CELESTE ALEXANDER**                                               **PLAINTIFF**

v.                       **CASE NO. 5:16-CV-00300-BSM**

**PINE BLUFF SCHOOL DISTRICT NO. 3,
JEFFERSON COUNTY, PINE BLUFF,
ARKANSAS, and MICHAEL NELLUMS,
Individually**                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of April 2019.

                                                                           _____
                                                                 UNITED STATES DISTRICT JUDGE